UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. No. 10-667-06 (FSH) |
| v. | CONSENT ORDER MODIFYING CONDITIONS OF RELEASE |
| ERIK PRASCAK | |

This matter having come upon the motion of defendant Erik Prascak (Bruce S. Rosen, appearing), with consent of U.S. Pretrial Services and the United States (Robert Frazer, AUSA appearing), and Mr. Prascak having pleaded guilty to certain counts and awaiting sentencing, and his parents, Milan and Jana Prascak, having co-signed Erik Prascak's unsecured appearance bond on or about May 5, 2010 effectively creating a lien on their property at 51 Cleveland Avenue, Milltown, NJ 08850, and the parents being desirous of refinancing their mortgage to pay for essential items including their son's health care, and for good cause shown;

IT IS on this 25th day of May, 2011

**ORDERED** that the prior Order settling Conditions of Release issued by Magistrate Judge Patty Schwartz on May 7, 2010 is hereby modified; and it is

**FURTHER ORDERED** that the Conditions of Release are hereby modified to remove Milan and Jana Prascak as co-signors of the unsecured appearance bond, releasing the judgment on them as surety as attached to the property at 51 Cleveland Avenue Milltown, NJ, and recorded as Superior Court Judgment Number RG-063307-000.

HON. FAITH S. HOCHBERG,
UNITED STATES DISTRICT JUDGE