UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | Criminal No. 10-667-06 (FSH) |
| v. | : | |
| | : | **ORDER** |
| ERIK PRASCAK | : | |
| | : | |
| Defendant. | : | |
| | : | |

It appearing that this Court issued a bench warrant on June 13, 2011 for the above named defendant for failure to comply with the U.S. Probation Office; and it further appearing that the U.S. Probation Office has notified the Court that the defendant has now complied with their terms; and for good cause shown;

**IT IS** on this 13th day of June, 2011,

**ORDERED** that the bench warrant issued on June 13, 2011 is hereby **VACATED**.


                                                       s/ Faith S. Hochberg
                                                    United States District Judge